UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No. 4:16-cv-02729-KAW |
|---|---|
| Plaintiff, | **ORDER CONTINUING 10/18/16 CASE MANAGEMENT CONFERENCE; ORDER DIRECTING CLERK OF COURT TO DISBURSE FUNDS** |
| v. | |
| KENEE CAMPO, et al., | Re: Dkt. Nos. 21, 22 |
| Defendants. | |

At the request of the parties, the October 18, 2016 case management conference is continued to December 20, 2016.

Furthermore, pursuant to Paragraph 22 of the Stipulation (Dkt. No. 22), the Clerk of Court is directed to disburse the funds to the Public Administrator in a check made payable as follows: "Estate of Daphne Chestnutt" and mailed to 3755 Alhambra Avenue, Suite 6, Martinez, California 94553.

Upon disbursement of the funds, and the satisfaction of all other conditions set forth in the stipulation, the parties shall file a dismissal.

IT IS SO ORDERED.

Dated: October 13, 2016

KANDIS A. WESTMORE
United States Magistrate Judge