MICHAEL K. BRISBIN (SBN 169495)
Email: michael.brisbin@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Plaintiff,
AMERICAN GENERAL LIFE INSURANCE COMPANY

SHARON L. ANDERSON, ESQ.
ABIGAIL L. DYE, ESQ.
Abigail.dye@cc.ccountry.us
**DEPUTY COUNTY COUNSEL**
651 Pine Street, 9th Floor
Martinez, CA 94553
Telephone:     (925) 335-1800
Facsimile:     (925) 646-1078

Attorneys for Defendant,
The Public Administrator of the County of Contra Costa as
Administrator of the Estate of Daphne Margaret Chestnut
AKA Daphne M. Chestnutt, AKA Daphne Chestnutt

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>        v.<br><br>THE PUBLIC ADMINISTRATOR OF THE COUNTY OF CONTRA COSTA AS ADMINISTRATOR OF THE ESTATE OF DAPHNE MARGARET CHESTNUTT, AKA DAPHNE M. CHESTNUTT, AKA DAPHNE CHESTNUTT and KENEE CAMPO, | Case No.:  4:16-cv-02729-KAW<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER AMENDING CASE MANAGEMENT ORDER** |

Defendants.

IT IS HEREBY STIPULATED, by and between plaintiff American General Life Insurance Company, ("American General"), and defendant, The Public Administrator of the County if Contra Costa as Adminstrator of the Estate of Daphne Margaret Chestnutt, AKA Daphne M. Chestnutt, AKA Daphne Chestnutt (hereinafter "Public Administrator"), through their respective attorneys of record, as follows:

1. WHEREAS, on October 11, 2016, the Parties stipulated for an order of discharge and distribution of funds; and

2. WHEREAS, on October 11, 2016, the parties also stipulated for a continuance of the case management conference; and

3. WHEREAS, this Court entered a Case Management Order on October 13, 2016, calling for the distribution of funds on deposit; and

4. WHEREAS, the stipulation of discharge and distribution of funds, and hence the October 13, 2016 Case Management Order, did not include an agreement for the distribution of interest accrued; and

5. WHEREAS, the Court's Finance Department requires the Order to state that the amount to be distributed expressly include the interest accrued while on deposit in the Court's registry:

///
///
///
///
///
///
///
///

**IT IS HEREBY STIPULATED** and requestsed that the Court amend the Case Management Order to include the distribution of accured interest as well as the funds deposited into the registry of the Court be disbursed to "Estate of Daphne Chestnutt" as set forth in the Case Management Order.

**SO STIPULATED**

Dated: December 9, 2016          **WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP**

                                 By:  /s/ *Dennis J. Rhodes* _____
                                    Michael K. Brisbin
                                    Dennis J. Rhodes
                                    Attorneys for Plaintiff,
                                    American General Life Insurance Company

Dated:  December 9, 2016          **DEPUTY COUNTY COUNSEL**

                                 By:  /s/ *Abigail L. Dye*
                                    Abigail L. Dye, Esq.
                                    Sharon L. Anderson, Esq.
                                    Attorneys for Defendant,
                                    The Public Administrator of the County of Contra Costa as
                                    Administrator of the Estate of Daphne Margaret Chestnutt,
                                    AKA Daphne M. Chestnutt, AKA Daphne Chestnutt

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Dennis J. Rhodes, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                  /s/ *Dennis J. Rhodes*_____
                                    Dennis J. Rhodes

**ORDER:**

1 Pursuant to the stipulation of the Parties, the Case Management Order dated October 13, 2016 is

2 hereby amended to include accrued interest which shall be distributed with the funds on deposit to

3 "Estate of Daphne Chestnutt".

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

*[signature: Kandis Westmore]*

Hon. Kandis A. Westmore
United States Magistrate Judge Kandis A. Westmore

12/12/16
Date